# NOTICE OF FORM FOR APPEARANCE (See Fifth Cir. Rule 12)

*Only attorneys admitted to the Bar of this Court may practice before the Court.* **Each attorney representing a party must complete a separate form. (COMPLETE ENTIRE FORM unless otherwise noted).**

**Fifth Cir. Case NO.** 25-10784

Rachelle Rand et al. vs. Eyemart Express
(Short Title)

The Clerk will enter my appearance as Counsel for RACHELLE RAND, ESPERANZA GOTTSCHAU, AND, ESPERANZA GOTTSCHAU, RAMON SOTO, GEORGIANNA LASH, and AARON MEES on Behalf of Themselves and All Others Similarly Situated,

(Please list names of all parties represented, attach additional pages if necessary.)

**The party(s) I represent IN THIS COURT**  ☐ Petitioner(s)  ☐ Respondent(s)  ☐ Amicus Curiae
☑ Appellant(s)  ☐ Appellee(s)  ☐ Intervenor

☑ I certify that the contact information below is current and identical to that listed in my Appellate Filer Account with PACER.

(Signature) [Patrick Yarborough] 10/9/2025

patrick@fosteryarborough.com
(e-mail address)

Patrick Yarborough
(Type or print name)

Texas / 24084129
(State/Bar No.)

Attorney of Law
(Title, if any)

Foster Yarborough PLLC
(Firm or Organization)

Address 440 Louisiana Street, Ste 1800

City & State Houston, Texas  Zip 77002-1741

Primary Tel. 713-331-5254  Cell Phone: _____ (Optional)

**NOTE:** When more than one attorney represents a single party or group of parties, counsel should designate a lead counsel. In the event the court determines oral argument is necessary, lead counsel **only** will receive via e-mail a copy of the court's docket and acknowledgment form. Other counsel must monitor the court's website for the posting of oral argument calendars.

**Name of Lead Counsel:** Patrick Yarborough

A. Name of any Circuit Judge of the Fifth Circuit who participated in this case in the district or bankruptcy court.
n/a

B. Inquiry of Counsel. To your knowledge:
(1) Is there any case now pending in this court, which involves the same, substantially the same, similar or related isssue(s)?
☐ Yes  ☑ No

(2) Is there any such case now pending in a District Court (i) within this Circuit, or (ii) in a Federal Administrative Agency which would likely be appealed to the Fifth Circuit?
☑ Yes  ☐ No

(3) Is there any case such as (1) or (2) in which judgment or order has been entered and the case is on its way to this Court by appeal, petition to enforce, review, deny?
☐ Yes  ☑ No

(4) Does this case qualify for calendaring priority under 5th Cir. R. 47.7? If so, cite the type of case _____

If answer to (1), or (2), or (3), is yes, please give detailed information. Number and Style of Related Case:
Saurav Sharma, Diane Young, Jaime Stieve, and George Dean, on behalf of themselves and all others similarly situated v. Visionworks of America, Inc. (Case No. 5:24-cv-00206)

Name of Court or Agency U.S. District Court for the Western District of Texas

Status of Appeal (if any) n/a

Other Status (if not appealed) Stayed

**NOTE: Attach sheet to give further details.**  DKT-5A REVISED June 2023