# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

| | |
|---|---|
| RACHELLE RAND, ESPERANZA GOTTSCHAU, RAMON SOTO, GEORGIANA LASH, and AARON MEES on Behalf of Themselves and All Others Similarly Situated,<br><br>   Plaintiff-Appellants,<br><br>v.<br><br>EYEMART EXPRESS, LLC,<br><br>   Defendant-Appellee. | Case No.: 25-10784 |

## APPELLEE'S UNOPPOSED MOTION FOR LEVEL 1 EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27(a), and Fifth Circuit Rules 26.2 and 31.4, Appellee Eyemart Express, LLC, files this Motion requesting a Level 1 extension of time to file its Appellee Brief. Appellants are unopposed to the relief requested in this Motion.

Appellee's Brief is currently due on November 10, 2025. Under Fifth Circuit Rule 31.4.3.1, Appellee seeks to extend this deadline for thirty (30) days—up to and including December 10, 2025. Good cause exists for this extension due to a change in counsel and conflicts with the briefing schedule, which require additional time to adequately prepare Appellee's Brief.

*First*, two attorneys who managed this matter in the district court, John C. Cleary and Jonathan Schmalfeld, recently departed from Polsinelli PC and are therefore unable to continue working on this appeal. Cleary left the firm on July 31, 2025, and Schmalfeld departed on October 17, 2025. Both attorneys specialized in complex data privacy and security matters, which are central to this appeal. Their departures require replacement by counsel with comparable experience to ensure the Appellee's interests are fully and effectively represented. This unavoidable transition necessitates additional time to prepare Appellee's Brief. Specifically, the attorneys joining Appellee's team for this appeal, Starr Drum and Xeris Gregory, need additional time to get caught up on the factual background of this matter, review the lower court proceedings and the Appellant's brief, and prepare Appellee's response brief.

*Second*, Starr Drum and Xeris Gregory have substantial obligations, including dispositive briefing and oral arguments, in several matters between now and November 10, 2025. Among other things, Drum and Gregory have (1) briefing deadlines in *In re: Integrated Specialty Coverages Data Breach Litig.*, No. 1:23-md-03083-ADB (D. Mass); *Tarango v. Comm. Choice Credit Union*, No. 2025-CV-31153 (Adams Cty., Colo.); (2) oral arguments in *In re Pediatric Home Respiratory Servs. Litig.*, No. 62-Cv-2838 (Ramsey Cty., Minn.); *In re: Heritage South Credit Union Data Breach Litig.*, No. 61-CV-2025-900175 (Talladega Cty., Ala.); and (3)

other proceedings in *In re: MOVEit Customer Data Sec. Breach Litig.*, No. 1:23-md-03083-ADB (D. Mass); and *In re: Doxim, Inc. Data Security Incident Litig.*, No. 61-CV-2025-900175 (E.D. Mich.). Due to the number of these obligations and the extensive preparation associated with each, deferring the above items to afford enough time to prepare Appellee's Brief will impose additional scheduling burdens and expenses on such other matters.

Accordingly, good cause exists to extend Appellee's deadline to December 10, 2025.

## PRAYER

For the foregoing reasons, Appellee requests that this Court grant this unopposed Motion for a Level 1 extension and permit Appellee to file its Brief on or before December 10, 2025, along with any such other and further relief at law or in equity to which Appellee may be entitled.

Dated: October 21, 2025.                    Respectfully submitted,

**POLSINELLI PC**

By: */s/ Andrew F. Newman*
Andrew F. Newman
Texas Bar No. 24060331
4020 Maple Ave. Suite 300
Dallas, Texas 75219
afnewman@polsinelli.com
Telephone: (214) 661-5506
Facsimile: (214) 397-0030

*- and -*

Starr T. Drum*
(*application for admission forthcoming*)
sdrum@polsinelli.com
Xeris Gregory*
(*application for admission forthcoming*)
xgregory@polsinelli.com
2000 Southbridge Parkway, Suite 301
Birmingham, Alabama 35209
Telephone: (205) 936-1008
Facsimile: (423) 800-5706

*Counsel for Defendant-Appellee*

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that on October 17, 2025, Appellee's counsel conferred with Appellants' counsel, who stated that Appellants are unopposed to the relief requested in this Motion.

/s/ *Andrew F. Newman*
Andrew F. Newman

## **CERTIFICATE OF COMPLIANCE**

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f), this document contains 456 words.

2. This document complies with the typeface requirements of Fed. R. App. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

/s/ *Andrew F. Newman*
Andrew F. Newman

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document was filed with this Court via the Court's CM/ECF system and that an electronic copy was served on counsel of record via the Court's CM/ECFR system on October 21, 2025.

/s/ *Andrew F. Newman*
Andrew F. Newman