No. 25-10784

___

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

___

RACHELLE RAND, ESPERANZA GOTTSCHAU, RAMON SOTO, GEORGIANNA LASH, and AARON MEES on Behalf of Themselves and All Others Similarly Situated
*Plaintiffs–Appellants*,

v.

EYEMART EXPRESS, LLC,
*Defendant–Appellee*.

On Appeal from the United States District Court
for the Northern District of Texas
No. 3:24-cv-00621-N
Hon. David C. Godbey

___

## APPELLANTS' UNOPPOSED MOTION TO REOPEN

___

Patrick Yarborough
Jeffrey Lucas Ott
**FOSTER YARBOROUGH PLLC**
440 Louisiana, Suite 1800
Houston, Texas 77002
Telephone: (713) 331-5254
Facsimile: (713) 513-5202
Email: patrick@fosteryarborough.com
Email: luke@fosteryarborough.com

[Additional Counsel on Signature Page]

*Attorneys for Plaintiffs–Appellants*

# MOTION

Appellants respectfully request that the Court reopen this appeal. On November 13, 2025, the Clerk notified counsel that the appeal was subject to dismissal for failure to file the Record Excerpts by the October 23, 2025 deadline. The failure to timely file the excerpts resulted from an inadvertent oversight. Appellants regret the error and promptly prepared this motion upon receiving notice from the Clerk.

This appeal arises from the district court's orders granting Appellee's motion to dismiss the original complaint and its motion to dismiss the first amended complaint—both of which were decided on the papers and granted without any oral hearing. Because there were no hearings, there are no transcripts. The relevant portions of the record consist solely of the written filings and orders, and Appellants now submit those materials as attached Record Excerpts for the Court's convenience, consisting of:

| Exhibit | Date Filed | Title |
|---|---|---|
| A | 3/13/2024 | Class Action Complaint |
| B | 5/6/2024 | Defendant Eyemart Express, LLC's Rule 12(b)(1) and 12(b)(6) Motion to Dismiss |
| C | 5/6/2024 | Defendant Eyemart Express, LLC's Memorandum in Support of its Motion to Dismiss |
| D | 5/6/2024 | Appendix to Brief in Support for Defendant's Eyemart Express, LLC's Rule 12(b)(1) and 12(b)(6) Motion to Dismiss |
| E | 7/2/2024 | Defendant Eyemart Express, LLC's Reply in Support of its Motion to Dismiss |

| Exhibit | Date Filed | Title |
|---|---|---|
| F | 10/1/2024 | Memorandum Opinion & Order |
| G | 10/31/2024 | Amended Class Action Complaint |
| H | 1/6/2025 | Defendant Eyemart Express, LLC's Rule 12(b)(6) Motion to Dismiss Plaintiffs' First Amended Complaint |
| I | 1/6/2025 | Defendant Eyemart Express, LLC's Memorandum in Support of its Motion to Dismiss Plaintiffs' First Amended Complaint |
| J | 2/17/2025 | Plaintiffs' Response in Opposition to Defendant Eyemart Express, LLC's Rule 12(b)(6) Motion to Dismiss Plaintiffs' First Amended Complaint |
| K | 3/17/2025 | Defendant Eyemart Express, LLC's Reply in Support of its Motion to Dismiss |
| L | 5/27/2025 | Memorandum Opinion & Order |
| M | 5/27/2025 | Final Judgment |
| N | 6/26/2025 | Plaintiffs' Notice of Appeal |

Appellants respectfully request that the Court accept the foregoing and attached Record Excerpts as filed and reopen the appeal, so that it may proceed on a complete record. No party will be prejudiced by the requested relief, and reinstatement will ensure the appeal is resolved on the merits. Appellee Eyemart Express, LLC is not opposed to the reopening of this appeal.

## CONCLUSION

Accordingly, Appellants respectfully ask the Court to reopen this appeal and permit the Record Excerpts, submitted concurrently with this motion, to be filed.

| Date: November 20, 2025 | **FOSTER YARBOROUGH PLLC** |
|---|---|
| | By: /s/ *Patrick Yarborough*<br>Patrick Yarborough<br>Jeffrey Lucas Ott<br>440 Louisiana, Suite 1800<br>Houston, Texas 77002<br>Telephone: (713) 331-5254<br>Facsimile: (713) 513-5202<br>Email: patrick@fosteryarborough.com<br>Email: luke@fosteryarborough.com |

**LEVI & KORSINSKY, LLP**

Mark S. Reich
Gary S. Ishimoto
33 Whitehall Street, 27th Floor
New York, New York 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: gishimoto@zlk.com

*Counsel for Plaintiff–Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2025, I electronically filed the foregoing brief with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system. Service will be accomplished by the appellate CM/ECF system.

/s/ *Patrick Yarborough*
Patrick Yarborough

## CERTIFICATE OF CONFERENCE

I hereby certify that on November 20, 2025, I communicated with counsel for the Appellee via email, Andrew Newman, and he stated that he is unopposed to the relief sought herein.

*/s/ Patrick Yarborough*
Patrick Yarborough

## CERTIFICATE OF COMPLIANCE

This brief complies with the type-volume limit of Federal Rule of Appellate Procedure 32(a)(7)(B) because it contains 392 words, excluding the parts of the document exempted by Federal Rule of Appellate Procedure 32(f) and by Circuit Rule 32.1

This document complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and Circuit Rule 32.1 and with the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Times New Roman font.

Date: November 20, 2025    */s/ Patrick Yarborough*
　　　　　　　　　　　　　　　　　　　　Patrick Yarborough